[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED

X JAN 18 2019

THOMAS G. BRUTON
CLERK U.S. DISTRICT COURT

MICHEIE KRUEGER

Plaintiff

v.

JEFFREY S. SALLET

Defendant
FBI DIRECTOR

United States District Court
Northern District of Illinois

1:19-cv-00400
Judge Andrea R. Wood
Magistrate Judge Sheila Finnegan

## COMPLAINT

- A miliTARy microchip was implanted in me approximately 10/2001. An unknown naval nurse and naval officer Richard (Dick) von Dham had implanted the microchip into me (micheie krueger). The reason it was implanted (into me) was because if I got lost (or seperated) while traveling with (my uncle) navy captain Jerald von Dham (while he was doing active duty in the U.S. navy), the microchip (in me) could be tracked down or traced (to locate me) if I became lost/missing (person).

    The loss of hearing and risk of getting cancer (because of implantation of microchip in me) was never acknowledge and never explained to me. With having this microchip implanted into me, I hear static like noise, police/law enforcement and ems radio communications, and also the microchip interferes with their communications (by transmitting/hearing my voice.). Also this microchip interferes with cell phone conversations of other people while using their cell phones.

    The name minor vixon is the code name/password for the military website within the FBI compuetier. Used by Richard (Dick) von Dham. Previous meetings with the FBI agent (unknown/name not given) had stated to me, that the website (page) named minor vixon        (continued on next page...)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PAGE 2

COMPLAINT

WAS military RELATED AND NOT FEDERAL, therefore COULD NOT BE ERADICATED (By him.) By A FBI AGENT. THE AGENT REFERRED ME TO REQUEST TO ERADICATE THIS BY MEANS OF THE U.S. NAVY. All ATTEMPTS I HAVE MADE TO CONTACT NAVAL OFFICER RICHARD (DICK) VON DHAM HAVE BEEN UNSUCCUSSFUL. (EVEN with Police INVOLVEMENT.)

I NEVER ENLISTED IN ANY BRANCH OF THE U.S. military, I NEVER DID ANY ACTIVE DUTY FOR THE U.S. military, NOR DID I RECIEVE ANY PAYCHECK OR CASH (MONEY) INVOLVING EMPLOYMENT TO THE military (NAVY). So THEREFORE I CAN NOT GO TO A VETERAN'S HOSPITAL (or OUTPATIENT clinic) with APPROPIATE military IDENTIFICATION OR ANY military DISCHARGE PAPERS. (FOR REMOVAL OF MICROCHIP IMPLANTED IN ME.)

I AM REQUESTING FOR A FBI AGENT AND FBI COMPUETER (ACCESSING the WEBSITE minor viXON) FOR VERIFICATION OF THIS WEBSITE (military: minor vixon), ERADIFICATION (OF THIS WEBSITE), AND A COURT ORDER FOR REMOVAL OF THE microchip (inside/implanted in ME).

COMPLAINT

PrEVOUS ATTEMPTS BY NORTH SHORE Hospital, dr. Howard (plastic surgeon) TO REMOVE THE IMPLANTED microchip WAS A FAILED ATTEMPT. MAY I REQUEST An ACKnowleDGEMENT AND COURT ORDER FOR REMOVAL OF implanted microchip (in me.)

MAY I REQUEST FOR AN ACKnowledGEMENT OF RICHARD (DICK) VON DHAM, with his employment History (PAST AND PRESENT) AS A FBI AGENT, IN REGARDS THAT THIS IS NOT AN ILLEGAL (or FRADULANT) USE OF FBI COMPUETER (rEGARDING WEBSITE minor vixon.).

MAY I REQUEST FOR A SHERRIFF'S HAND HEID RADIO [with ACTIVE RAdio COMMUNICATIONS AVAILABLE] FOR VERIFICATION OF INTERFERENCE (oF EMS AND LAW ENFORCEMENT RADIO COMMUNICATIONS) From this implANTED (in me) microchip.

PAGE 4

COMPLAINT

I WAS NEVER INFORMED BY ANY NAVAL OFFICERS OF ANY MEDICAL COMPLICATIONS (CAUSED by implated microchip in ME) OR THAT THE MICROCHIP WOULD NEVER BE REMOVED (FROM ME.).

I AM REQUESTING COMPENSATION FOR PAIN AND SUFFERINGS

MAY I ASK FOR A GAG ORDER FOR THIS COURT HEARING.